FILED
CO-386-online

DEC 0 7 2005

# United States District Court
# For the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL WATCH, INC. )
)
)
)
            Plaintiff )    Civil Act    CASE NUMBER 1:05CV02343
vs )
)               JUDGE: Rosemary M. Collyer
U.S. DEPARTMENT OF STATE )
)               DECK TYPE: FOIA/Privacy Act
)
            Defendant )   DATE STAMP: 12/07/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Paul J. Orfanedes_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

__501 School Street, SW, Suite 500__
Address

__Washington__    __DC__      __20024__
City              State      Zip Code

__(202) 646-5172__
Phone Number