UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF STATE, )<br>)<br>Defendant. ) | Civil Action No. 1:05-02343 (RMC) |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant United States Department of State hereby moves this Court for an order granting an extra 10 business days – until January 31, 2006 – to respond to plaintiff's complaint. Pursuant to Local Rule 7(m), undersigned counsel contacted opposing counsel regarding this motion. Opposing counsel consents to this motion. A proposed order is attached to this motion.

Dated: January 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

JEFFREY D. KAHN (MI #P65270)
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-3716; Fax: (202) 616-8470
E-mail: jeffrey.kahn@usdoj.gov

*Attorneys for Defendant*