UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,  )<br>  )<br>   Plaintiff,  )<br>v.  )<br>  )<br>UNITED STATES  )<br>DEPARTMENT OF STATE,  )<br>  )<br>   Defendant.  ) | Civil Action No. 1:05-02343 (RMC) |

**[DEFENDANT'S PROPOSED] ORDER GRANTING EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time, dated January 12, 2006, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's response to plaintiff's complaint shall be due on January 31, 2006.

**SO ORDERED.**

Date: _____

_____
ROSEMARY M. COLLYER
United States District Judge