# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-2343 (RMC) |
| | ) | |
| DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant United States Department of State hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss plaintiff's action with prejudice. In support of this motion, the Court is respectfully referred to the accompanying Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss and the attached Exhibits. A proposed order has been filed this day.

Dated: January 31, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

JEFFREY D. KAHN (MI #P65270)
U.S. Department of Justice, Civil Division
Federal Programs Branch

20 Massachusetts Avenue, N.W.
P.O. Box 883; Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 514-3716; Fax:  (202) 616-8470
E-mail: jeffrey.kahn@usdoj.gov

*Attorneys for Defendant*