UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-2343 (RMC) |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

## [DEFENDANT'S PROPOSED] ORDER

Upon Defendant's motion, and having heard all parties, **IT IS HEREBY ORDERED**, that Defendant's Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED,** that Plaintiff's action is dismissed with prejudice.

Dated: _____

_____
ROSEMARY M. COLLYER
United States District Judge