UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | Civil Action No. 1:05-2343 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MEMORANDUM OF** |
| v. | ) | **LAW IN SUPPORT OF DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 3:**

**DEFENDANT'S ACKNOWLEDGMENT
DATED OCTOBER 14, 2003**



United States Department of State

*Washington, D.C.   20520*

October 14, 2003
Request Number: 200303836

Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW, Suite 500
Washington, DC   20024

Dear Mr. Farrell:

Thank you for your faxed letter of October 8, 2003 in which you requested copies of records between the White House and the Department of State. Particularly, those records concerning the decision to allow subjects of the Kingdom of Saudi Arabia and/or members of the Bin Laden family to leave the United States after September 11, 2001.

For your information, the following are conditions which govern all Freedom of Information Act (FOIA) requests:

>   The cut-off date for retrieving records is the date that a search is initiated. Only existing records are subject to the Freedom of Information Act.

We have begun to process your request based upon the information provided in your letter. As soon as responsive material has been retrieved and reviewed, we will notify you.

**Fee Information:**
The Freedom of Information Act permits agencies to collect fees to recover the direct costs of processing requests, unless a fee waiver has been granted or the charges fall below a certain amount. These issues are addressed below.

Your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

Based upon the information that you have provided, this request will be processed in accordance with the fee schedule designated for the following category of requesters.

GRAFELD DECLARATION
Civil Action No. 1:05cv02343
Exhibit 3

- 2 -

( )  commercial use requester (pays search, review & duplication costs)
( )  educational institutions (pays duplication costs after first 100 pages)
( )  non-commercial scientific institutions (pays duplication costs after first 100 pages)
(x)  representative of the news media (pays duplication costs after first 100 pages)
( )  all other requesters (pays search time after 2 hours/duplication costs after first 100 pages)

The Department's search and review fees are:
    Administrative/Clerical  $ 8.00/hour
    Professional              $17.00/hour
    Executive                 $30.00/hour

Copy costs are assessed at the rate of $0.25 per page.

Due to its central role in conducting U.S. foreign affairs and the significant public interest in access to its records, the Department receives requests of a number, range and complexity perhaps unparalleled among government agencies. Because of the large number of requests now pending with the Department, we anticipate that our response will be delayed.

If you have any questions with respect to the processing of this request, you may write to:

    Office of Information Programs and Services
    A/RPS/IPS/RL
    U.S. Department of State, SA-2
    Washington, D.C.  20522-6001

or telephone: (202) 261-8314 or fax: (202) 261-8579. Please be sure to refer to your request number in all correspondence about this case.

                            Sincerely,

                            Rene Lindsey
                            Requester Communication Branch