UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | Civil Action No. 1:05-2343 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MEMORANDUM OF** |
| v. | ) | **LAW IN SUPPORT OF DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 4:**

**PLAINTIFF'S LETTER OF INQUIRY
DATED JANUARY 12, 2004**



# Judicial Watch™
*Because no one is above the law!*

<u>VIA FACSIMILE (202)-261-8579</u>
<u>AND CERTIFIED MAIL 7003 1010 0003 3173 0317</u>

January 12, 2004

Rene Lindsey
Requester Communication Branch
Office of Informational Programs and
 Services
A/RPS/IPS/RL
US DEPARTMENT OF STATE
SA-2
Washington, DC 20522-6001

<u>Re: FOIA Request No. 200303836</u>

Dear Sir/Madam:

Please provide Judicial Watch, Inc. with an update regarding Freedom of Information Act (FOIA) request referenced above (*See* Exhibit attached) Please provide us with a time frame of when we can expect to receive the requested documents. We wish to avoid litigation on this matter if possible.

Sincerely,

JUDICIAL WATCH, INC.

*[signature]*

Mario A. Calabrese

GRAFELD DECLARATION
Civil Action No. 1:05cv02343
Exhibit 4



United States Department of State

*Washington, D.C. 20520*

October 14, 2003
Request Number: 200303836

Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW, Suite 500
Washington, DC 20024

Dear Mr. Farrell:

Thank you for your faxed letter of October 8, 2003 in which you requested copies of records between the White House and the Department of State. Particularly, those records concerning the decision to allow subjects of the Kingdom of Saudi Arabia and/or members of the Bin Laden family to leave the United States after September 11, 2001.

For your information, the following are conditions which govern all Freedom of Information Act (FOIA) requests:

> The cut-off date for retrieving records is the date that a search is initiated. Only existing records are subject to the Freedom of Information Act.

We have begun to process your request based upon the information provided in your letter. As soon as responsive material has been retrieved and reviewed, we will notify you.

**Fee Information:**
The Freedom of Information Act permits agencies to collect fees to recover the direct costs of processing requests, unless a fee waiver has been granted or the charges fall below a certain amount. These issues are addressed below.

Your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

Based upon the information that you have provided, this request will be processed in accordance with the fee schedule designated for the following category of requesters.

- 2 -

```
( )  commercial use requester (pays search, review &
     duplication costs)
( )  educational institutions (pays duplication costs
     after first 100 pages)
( )  non-commercial scientific institutions (pays
     duplication costs after first 100 pages)
(x)  representative of the news media (pays duplication
     costs after first 100 pages)
( )  all other requesters (pays search time after 2
     hours/duplication costs after first 100 pages)
```

The Department's search and review fees are:
   Administrative/Clerical   $ 8.00/hour
   Professional              $17.00/hour
   Executive                 $30.00/hour

   Copy costs are assessed at the rate of $0.25 per page.

Due to its central role in conducting U.S. foreign affairs and the significant public interest in access to its records, the Department receives requests of a number, range and complexity perhaps unparalleled among government agencies. Because of the large number of requests now pending with the Department, we anticipate that our response will be delayed.

If you have any questions with respect to the processing of this request, you may write to:

   Office of Information Programs and Services
   A/RPS/IPS/RL
   U.S. Department of State, SA-2
   Washington, D.C.  20522-6001

or telephone: (202) 261-8314 or fax: (202) 261-8579. Please be sure to refer to your request number in all correspondence about this case.

   Sincerely,

   *[signature: Rene Lindsey]*

   Rene Lindsey
   Requester Communication Branch