UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | Civil Action No. 1:05-2343 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MEMORANDUM OF** |
| v. | ) | **LAW IN SUPPORT OF DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 5:**

**DEFENDANT'S DETERMINATION LETTER
DATED AUGUST 23, 2005**



**United States Department of State**

*Washington, D.C. 20520*

AUG 2 3 2005

Case No. 200303836, ER, DS,
NEA, SESCR, S/CT

Mr. Christopher Farrell
Judicial Watch
501 School Street, SW, Suite 500
Washington, DC 20024

Dear Mr. Farrell:

I refer to your letters dated October 8, 2003 and January
12, 2004, requesting under the provisions of the Freedom of
Information Act (Title 5 USC Section 552) release of records
maintained by the Department of State.

The Department of State has a number of record systems. Its
Central Foreign Policy Record File is an automated
centralized records system, containing substantive foreign
policy documents. Additionally, offices within the
Department and Foreign Service posts abroad maintain files
specific to their operations. Information about the
Department and the mission and functions of its individual
bureaus and offices, as well as its posts abroad, may be
found at our website, www.state.gov or in the U.S. Government
Manual published by the Government Printing Office and
available at most public libraries.

Based on the subject matter of your request, we searched the
record systems most likely to maintain responsive records:
The Central Foreign Policy Records (the principal record
system of the Department of State), The Bureau of Near
Eastern Affairs, The Bureau of Diplomatic Security, the
Executive Office of the Secretariat and the Office of
Counterterrorism. After a thorough search of these systems
conducted by professional employees familiar with their
contents and organization, no records responsive to your
request were located.

I regret that the Department's response to your request is
not more positive. Should you have any additional
information that would assist us in identifying or locating
the Department of State records you seek, please let us know
within 60 days of the date of this letter, and we will be

GRAFELD DECLARATION
Civil Action No. 1:05cv02343
Exhibit 5

- 2 -

pleased to resume the processing of your request.  Send
additional information to: Office of Information Programs and
Services, A/RPS/IPS, SA-2, Room 8100, U.S. Department of
State, Washington, D.C. 20522-8100.  You may also direct
questions concerning the processing of your request to the
same address, or telephone (202)261-8314.

The D.C. Circuit Court of Appeals, in Oglesby v. Department
of the Army, 920 F.2d 57 (D.C. Cir. 1990), ruled that a "no
record" response constitutes an adverse determination,
thereby requiring an agency to give appeal rights to the
requester.  Our determination that the Department does not
have any records responsive to your request may be appealed
within 60 days of the date of this letter.  Although I
believe that our search effort has been thorough and
complete, I want to be sure that you are aware of this court
decision.

Appeals should be addressed to: Chairman, Appeals Review
Panel, c/o Appeals Officer, A/RPS/IPS/PP/LC, Room 8100, SA-2,
U.S. Department of State, Washington, D.C. 20522-8100.  A
copy of the Department's appeal procedures is enclosed.
Please refer to the case control number shown above in all
correspondence concerning this case.

                              Sincerely,

                              Margaret P. Grafeld
                              Director
                              Office of Information Programs
                                and Services

Enclosure:
  As stated.