IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, DC 20024,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br>2201 C Street, NW<br>Washington, DC 20520<br><br>    Defendant. | Civil Action No. 05-02343 (RMC) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, each party to bear its own attorney's fees and costs.

Dated: February 3, 2006

Respectfully submitted,

Paul J. Orfanedes
DC Bar No. 429716
JUDICIAL WATCH, INC.
Suite 500
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5172

Attorney for Plaintiff

Jeffrey D. Kahn
MI Bar No. P65270
CIVIL DIVISION, U.S. DEPARTMENT
 OF JUSTICE
20 Massachusetts Avenue, N.W., #7223
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
(202) 514-3716

Attorney for Defendant